UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

P.E.Q.S. & C.V.Q.L.,

Plaintiffs,

-against-

MARKWAYNE MULLIN, et al.,

Defendants.

26-CV-8618 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

To the extent Plaintiffs seek emergency relief, Plaintiffs must do so by motion and must serve any motion on Defendants.

Furthermore, it is hereby ORDERED that all counsel appear for a conference to discuss this matter with the Court on **October 6, 2026**, at **12:00 p.m**., in Courtroom 320 of the Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150.

Plaintiffs are ORDERED to serve a copy of this Order on Defendants by **October 1, 2026**, and file proof of such service on the docket by **October 2, 2026**.

Dated: September 30, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge