UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

P.E.Q.S., et al.,

Plaintiffs,

-against-

MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security, et al.,

Defendants.

26-CV-8618 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

As discussed in the conference in this matter, held on October 6, 2026, the Government's opposition brief to Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Junction is due on **October 15, 2026**. Plaintiffs' reply is due on **October 21, 2026**.

Additionally, the parties are directed to file a joint status letter, no later than **October 13, 2026**, indicating whether they have reached any agreement either as to this motion or this matter, and if not, whether the parties would like to be referred to the District's Mediation Program or to Magistrate Judge Reznik for settlement discussions.

Dated: October 6, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge