**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 13, 2026

By ECF
The Honorable Jessica G.L. Clarke
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

**MEMO ENDORSED**

Re: *P.E.Q.S., et al. v. Mullin, et al.*, 26 Civ. 8618 (JGLC)

Dear Judge Clarke:

This Office represents the defendants in the above-referenced action. Pursuant to the Court's October 6, 2026, Order, I write respectfully on behalf of all parties to provide the Court with an update on case status. Defendant U.S. Immigration and Customs Enforcement ("ICE") has agreed to request that defendant U.S. Citizenship and Immigration Services ("USCIS") expedite the bona fide determination ("BFD") assessment for Plaintiffs' pending U visa petitions. Additionally, ICE would not oppose a request made by plaintiff P.E.Q.S. for a continuance in his immigration proceedings. With this understanding, the plaintiffs have agreed to withdraw, without prejudice, their Application for Order to Show Cause and Motion for Temporary Restraining Order and Preliminary Injunction, ECF Nos. 5-7.

At this time, the parties have not reached an agreement that would fully resolve this action. Should the parties be able to reach such resolution, we will expeditiously inform the Court.

We thank the Court for its attention to this matter.

cc: Counsel of Record (by ECF)

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: */s/ Mollie Kornreich*
MOLLIE KORNREICH
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-3274
E-mail: mollie.kornreich@usdoj.gov

The briefing schedule set forth in ECF No. 11 is ADJOURNED sine die. The parties are directed to file a joint status letter on the status of the underlying immigration proceedings by the earlier of: seven days following the completion of the proceedings or November 13, 2026.

The Clerk of Court is directed to terminate ECF No. 5.

SO ORDERED.

Jessica Clarke
JESSICA G. L. CLARKE
United States District Judge
Dated: October 14, 2026
White Plains, New York